**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PHILIP E. DeBLASIO,

                        Plaintiff,

     -against-                    18 **CIVIL** 11405 (ER)

                                                  **JUDGMENT**

NEW YORK CITY HEALTH AND
HOSPITAL CORPORATION and DR.
BRENDA HARRIS,
                       Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2020, Defendants' motion to dismiss is granted; accordingly, this case is closed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, therefore, in forma pauperis status is denied for purposes of appeal.

**Dated:** New York, New York
            March 29, 2020

                                                          **RUBY J. KRAJICK**
                                                        _____
                                                           **Clerk of Court**
                           **BY:**
                                                        _____
                                                           **Deputy Clerk**