UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP E. DeBLASIO,

                Plaintiff,

    – *against* –

NEW YORK CITY HEALTH AND HOSPITAL CORPORATION *and* DR. BRENDA HARRIS,

                Defendants.

**ORDER**

18 Civ. 11405 (ER)

RAMOS, D.J.:

    The Court is in receipt of DeBlasio's Motion for Extension of Time to File Notice of Appeal, Doc. 32.  DeBlasio is currently incarcerated and proceeding *pro se*.  He seeks to extend his time to appeal this Court's Opinion and Order of March 27, 2020, dismissing his case, Doc. 30.  That Opinion and Order certified pursuant to 28 U.S.C. § 1915(a)(3) that an appeal taken from it would not be taken in good faith and that *in forma pauperis* status would therefore be denied for purposes of an appeal.  *See* Doc. 30 at 7 (citing *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962)).

    Normally, a notice of an appeal from a final judgment must be filed within 30 days after entry of that judgment.  Fed. R. App. P. 4(a)(1)(A).  A district court may extend that time to appeal if a motion to do so is filed within 30 days after the time prescribed by Rule 4(a)(1) expires, and if the appealing party shows "excusable neglect or good cause."  Fed. R. App. P. 4(a)(5)(A).

    DeBlasio's motion is an empty form, providing no reasons for the extension request.  Accordingly, the Court finds that DeBlasio has not shown any reason to extend

his time to appeal, much less "excusable neglect or good cause." His motion is DENIED. The Clerk of Court is respectfully directed to terminate the motion, Doc. 32.

It is SO ORDERED.

Dated: May 20, 2020
       New York, New York

                                            EDGARDO RAMOS, U.S.D.J.

Copies Mailed/Faxed
Chambers of Edgardo Ramos